409 A.2d 853

In re Application of Edward G. BIESTER, Jr., Attorney General for the Commonwealth of Pennsylvania, Requesting an Order Directing that a Multicounty Investigating Grand Jury, Having Statewide Jurisdiction, be Summoned.

Petition of HUDSON OIL REFINING CORP.

Supreme Court of Pennsylvania.

Argued Dec. 10, 1979.

Decided Dec. 26, 1979.

Petition No. 91 E.D.Misc.Dkt. 1979, for Discharge and for Stay.

Morey M. Myers, Scranton, Benjamin R. Jones, Philadelphia, for petitioner.

Edward G. Biester, Jr., Atty. Gen., James J. West, Henry G. Barr, Deputy Attys. Gen., for respondents.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, NIX, LARSEN and FLAHERTY, JJ.

## OPINION

PER CURIAM.

Petitioner seeks the discharge of the multi-county investigating grand jury, alleging improper investigative activity. The supervising court of such a grand jury has the initial authority to consider such a petition, see Section 6(c) of the Investigating Grand Jury Act, Act of November 22, 1978, P.L. 1148, 19 P.S. § 270 (Supp.1979–80); such petitions, presenting any challenge, should initially be presented to that court for consideration. We therefore transfer the petition to the supervising court.

Accordingly, that portion of our order of November 26, 1979, directed to the members of the grand jury, individually and collectively, and those in charge thereof or assisting in any way in the conduct of any proceedings before the jury, is vacated.

LARSEN, J., filed a dissenting statement in which FLAHERTY, J., joins.

LARSEN, Justice, dissenting.

I dissent. The issues presented by petitioner are of a nature that until they are decided finally by this Court, there will be no predictability as to the validity, nature and direction of the statewide multi-county investigating grand jury. To transfer this matter as the majority wishes only prolongs these uncertainties. I would, therefore, decide all these issues now.

FLAHERTY, J., joins in this dissenting opinion.